IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| IAN HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 115-065 |
| | ) | |
| ELAINE C. JOHNSON, Clerk of | ) | |
| Superior, State, and Juvenile Court, | ) | |
| Richmond County, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff, an inmate incarcerated at Augusta State Medical Prison in Grovetown, Georgia commenced the above-styled civil action under 42 U.S.C. § 1983. (Doc. no. 1.) On May 15, 2015, the Court recommended dismissal of Plaintiff's suit because he had at least three cases that were dismissed as frivolous, malicious, or for failure to state a claim under 28 U.S.C. § 1915 and did not allege serious imminent danger in his complaint. (Doc. no. 3.) Plaintiff now moves to voluntarily dismiss this case. (Doc. no. 5.) As no defendant has filed an answer or a motion for summary judgment in this case, Plaintiff may dismiss his case without an Order from the Court. Fed. R. Civ. P. 41(a)(1)(i).

Therefore, the Court **VACATES** its prior Report and Recommendation (doc no. 3.), **DENIES AS MOOT** Plaintiff's motion to dismiss (doc. no. 5), and **DIRECTS** the Clerk to

**DISMISS** this civil action without prejudice and to terminate all pending motions.

SO ORDERED this 17th day of June, 2015, at Augusta, Georgia.

/s/ Brian K. Epps
_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA